In the Matter of the Claim of MATILDA VISSA, Respondent, against ROBERT WILLIAMSON, Respondent, and STANDARD ACCIDENT INSURANCE COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 7, 1951; decided April 12, 1951.

*Reid A. Curtis* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Wendell P. Brown* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs to the Workmen's Compensation Board. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.